JOHN L. BURRIS, Esq. (SBN 69888)
ADANTÉ D. POINTER, Esq. (SBN 258789)
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
Adante.pointer@johnburrislaw.com

Attorneys for Plaintiff
CAMILLE WEISHAAR

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMILLE WEISHAAR, individually and as the successor in interest to EZEKIEL FOSTER<br><br>Plaintiff(s)<br><br>v.<br><br>COUNTY OF NAPA, a municipal corporation, OFFICER TROY DUNCAN in his individual and official capacity as a Correctional Officer for COUNTY OF NAPA, and DOES 1-30, inclusive<br><br>Defendant(s). | Case No. 3:14-cv-01352-LB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

    IT IS HEREBY STIPULATED (and respectfully requested) by and between Plaintiff and Defendants, County of Napa and M. Johnson, by and through their designated counsel, that:

the Settlement Conference presently scheduled with Magistrate Judge Kandis A. Westmore on Monday, November 09, 2015 at 11:00 a.m. be continued to November 30, 2015 at 11:00 a.m.

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE

1

Good cause exists for this continuance on the grounds that given the state of the discovery process, all parties feel that holding the Settlement Conference at this juncture in the case will prohibit parties from engaging in meaningful settlement discussions. The continuance will allow all parties to facilitate time in which discovery can be completed in advance of the settlement conference.

Therefore, all parties stipulate and respectfully request the court grant both parties request to continue Settlement Conference.

**IT IS SO AGREED.**

Date: October 07, 2015                LAW OFFICES OF JOHN L. BURRIS

                                        /s/ Adanté Pointer
                                      ADANTÉ D. POINTER
                                      Attorney for Plaintiff

Date: October 07, 2015                ALLEN, GLASSNER, HAZELWOOD, & WERTH

                                       /s/ Dale S. Allen
                                      DALE L. ALLEN
                                      Attorney for Defendant, County of Napa

Date: October 07, 2015                LAW OFFICES OF JEROME M. VARANINI

                                       /s/ Jerome M. Varanini

                                      JEROME M. VARANINI
                                      Attorney for Defendant, M. Johnson, R.N.

The Law Offices of John L. Burris
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200

---
STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMILLE WEISHAAR, individually and as the successor in interest to EZEKIEL FOSTER<br><br>Plaintiff(s)<br><br>v.<br><br>COUNTY OF NAPA, a municipal corporation, OFFICER TROY DUNCAN in his individual and official capacity as a Correctional Officer for COUNTY OF NAPA, and DOES 1-30, inclusive<br><br>Defendant(s). | Case No. 3:14-cv-01352-LB<br><br>[~~PROPOSED~~] **ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

Good cause having been shown, the court hereby orders that the settlement conference in this case be continued from November 09, 2015, at 11:00 a.m., to November 30, 2105, at 11:00 a.m. in Courtroom 4, 3 Floor, 1301 Clay Street, Oakland, CA.

IT IS SO ORDERED.

Dated: October __8__, 2015

_____
HON. ~~LAUREL BEELER~~ KANDIS A. WESTMORE
Magistrate Judge of the United States District Court

_____
[PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE

1