UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| CAMILLE WEISHAAR, individually and as the successor in interest to Ezekiel Foster,<br><br>　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF NAPA, et al.,<br><br>　　Defendants.<br>_____/ | No. 3:14-cv-01352-LB<br><br>SCHEDULING ORDER |

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Non-expert discovery completion date | 7/1/2016 |
| Expert disclosures required by Federal Rules of Civil Procedure | 7/15/2016 |
| Rebuttal expert disclosures | 7/29/2016 |
| Expert discovery completion date | 8/12/2016 |
| Last hearing date for dispositive motions and/or further case management conference | 9/8/2016, at 9:30 a.m. |
| Meet and confer re pretrial filings | 1/5/2017 |
| Pretrial filings due | 1/19/2017 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 1/26/2017 |

ORDER
3:14-cv-01352-LB

| Final Pretrial Conference | 2/9/2017, at 1:30 p.m. |
|---|---|
| Trial | 2/21/2015, at 8:30 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED**.

Dated: December 11, 2015

_____
LAUREL BEELER
United States Magistrate Judge