DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
PHILIP J. DOWNS, JR. State Bar No. 302939
pdowns@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:   (415) 697-2000
Facsimile:    (415) 813-2045

Attorneys for Defendants
COUNTY OF NAPA, OFFICER TROY DUNCAN and
CHRISTINA WILSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMILLE WEISHAAR, individually and as the successor in interest to EZEKIEL FOSTER,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF NAPA, a municipal corporation; OFFICER TROY DUNCAN in his individual and official capacity as a Correctional Officer for COUNTY OF NAPA; CHRISTINA WILSON, in her individual and official capacity as Watch Commander for the County of Napa; MARY JOHNSON, in her individual and official capacity as Registered Nurse for the COUNTY OF NAPA and DOES 1-30, inclusive,<br><br>        Defendants. | Case No.: 3:14-cv-01352-LB<br><br>**PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER RE EXTENSION AND MODIFICATION OF CASE MANAGEMENT ORDER SCHEDULE [DOC. 68]**<br><br>Hon. Laurel Beeler<br><br><br>Trial:     February 21, 2017 |

WHEREAS, the undersigned parties ("Parties"), having met and conferred with one another, hereby STIPULATE AND AGREE to the following, proposed modifications to the Court's most recent case management order [Doc. Entry No. 68]:

    1.    Extend Fact Discovery deadline to September 2, 2016;

    2.    Extend Expert Disclosure deadline to September 16, 2016;

    3.    Extend Rebuttal Expert Disclosure deadline to September 30, 2016;

1    4.   Extend Expert Discovery deadline to October 14, 2016; and,

2    5.   Extend the last day to hear dispositive motions to November 17, 2016.

The Parties further agree that all other case management deadlines not requested to be extended shall remain unchanged.

Good cause exists to support the proposed extensions. In particular, the Parties continue to conduct and plan further fact discovery, including depositions of fact witnesses. This continuing process is, in part, due to unforeseen challenges posed by the respective counsels' busy schedules; as well as the unavailability of witnesses due to the summer vacation period.

The Parties therefore request the Court grant the proposed extensions.

Respectfully submitted,

Dated: July 20, 2016

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By: ___/s/ Philip J. Downs, Jr.___
DALE L. ALLEN, JR.
PHILIP J. DOWNS, JR.
Attorneys for Defendants
COUNTY OF NAPA, OFFICER TROY DUNCAN and CHRISTINA WILSON

Respectfully submitted,

Dated: July 20, 2016

LAW OFFICES OF JOHN L. BURRIS

By: ___/s/ Adante D. Pointer___
ADANTE D. POINTER
Attorneys for Plaintiff
CAMILLE WEISHAAR

Respectfully submitted,

Dated: July 20, 2016

LAW OFFICES OF JEROME M. VARANINI

By: ___/s/ Jerome M. Varanini___
JEROME M. VARANINI
Attorneys for Defendant
M. JOHNSON, R.N.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

111737.1

# [PROPOSED] ORDER

The Parties have filed a joint request to amend the case deadlines as follows:

1. Extend Fact Discovery deadline to September 2, 2016;

2. Extend Expert Disclosure deadline to September 16, 2016;

3. Extend Rebuttal Expert Disclosure deadline to September 30, 2016;

4. Extend Expert Discovery deadline to October 14, 2016; and,

5. Extend the last day to hear dispositive motions to November 17, 2016.

Good cause having been shown, the Parties' requested extension is GRANTED.

IT IS SO ORDERED.

Dated: July 21, 2016

THE HONORABLE LAUREL BEELER

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

111737.1

3

JOINT STIPULATION
3:14-CV-01352-LB